IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROGER ALLEN ROZZELLE,
    Petitioner,

vs.                                  Case No. 3:07cv347/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 14, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

       Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Petitioner's "Objection to Second Motion for Enlargement of Time and Application for Default" (Doc. 16) is **DENIED**.

       **DONE AND ORDERED** this 21st day of April, 2008.


                                             /s/ _Roger Vinson_
                                             **ROGER VINSON**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**